**Opinion issued August 31, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00667-CR

————————————

**RONNIE PRICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1528933**

---

**MEMORANDUM OPINION**

Appellant attempts to appeal from an order deferring adjudication of guilt signed on February 21, 2017.[1] Appellant filed his notice of appeal on July 11, 2018. This notice of appeal is untimely.[2]

In criminal cases, the appellant must file a notice of appeal "within 30 days after the day sentence is imposed." TEX. R. APP. P. 26.2(a)(1). Because the order appealed was signed on February 21, 2017, the deadline for filing the notice of appeal was March 23, 2017. Appellant filed his notice of appeal on July 11, 2018, more than a year too late. Thus, his notice of appeal was not timely filed. Without a timely-filed notice of appeal, we lack jurisdiction. *See* TEX. R. APP. P. 25.1.

Accordingly, we dismiss this appeal for lack of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.
Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Although the State moved to adjudicate guilt in July 2017, the record, including the docket sheet with filings through July 18, 2018, shows no order granting this motion.

[2] Additionally, the order of deferred adjudication was the result of a plea bargain between appellant and the State. The trial court's certification of defendant's right to appeal indicates that appellant has no right to appeal because this is a plea-bargain case.